AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

NOV - 8 2024

MITCHELL R. ELFERS
CLERK OF COURT

## UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| Sarah FOSTER | ) | Case No. 24MJ1632 |
| and | ) | |
| Augustine Roberto Saenz BANEGAS | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 18, 2024_____ in the county of _____Dona Ana_____ in the
_____ District of _____New Mexico_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 841(a)(1) | - Possessed with intent to distribute a schedule II controlled substance |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Neal Anglin / ATF Special Agent
*Printed name and title*

by telephone. ICS
Sworn to ~~before me and signed in my presence.~~

Date: 11-08-2024

*Judge's signature*

City and state:          Las Cruces, NM

Kevin R. Sweazea, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Neal Anglin, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I submit this affidavit in support of a criminal complaint and arrest warrant for Sarah FOSTER ("FOSTER" hereinafter) and Augustine Roberto Saenz BANEGAS aka "Auggie" ("BANEGAS" hereinafter) knowingly possessed with intent to distribute Fentanyl and methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C § 841(1).

2.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since August 2022. Prior to my appointment with the ATF, I was a sworn law enforcement officer in the Commonwealth of Virginia for over nine (9) years, the last three of which I was assigned to the Special Investigations Bureau, Narcotics Unit.  I am currently assigned to the Las Cruces Field Office, an enforcement group responsible for investigating violent crime, gangs, armed drug trafficking, and other firearm related violations. In my capacity as a law enforcement officer, I have investigated individuals for the illegal possession and use of firearms, illegal possession and distribution of controlled substances, and for commission of violent crimes.  Many of these investigations involved the execution of search warrants and led to the arrest and conviction of individuals for violations of federal and state laws.

3.      The facts and information contained in this affidavit are based upon my personal knowledge of the investigation and information obtained from other local law enforcement officers.  All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of reports, documents, and other physical evidence

obtained during the course of this investigation.

4.    This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and is not intended to include each and every fact and matter observed by me or known to the government.

## PROBABLE CAUSE

5.    On October 18, 2024, at approximately 1205 hours, ATF Special Agents (SA) arrested FOSTER in Las Cruces, New Mexico, on a federal warrant for possession of a firearm by a convicted felon and possession with intent to distribute a schedule II-controlled substance. FOSTER was in possession of a black purse at the time of her arrest which contained $9,410 of United States currency, a suspected counterfeit check, and a fraudulent New Mexico temporary driver's license document. FOSTER was then transported to the Doña Ana County Detention Center.

6.    Law enforcement reviewed audible recordings of jail calls made by FOSTER at the Doña Ana County Detention Center. Below is a summary of the jail calls and not a verbatim recitation or transcription. Law Enforcement learned the following from the jail calls:

- On October 18, 2024, at 1355 hours, FOSTER calls phone number 720-628-6086, and speaks with a female. FOSTER tells the female to go into her phone and get 'Auggie's" number. FOSTER tells the female to text "Auggie" and to tell him to come empty out the house. The female tells FOSTER she is eating and will do it when she gets home. FOSTER tells the female she should call Auggie now and the female says she does not have FOSTER's phone with her.

- On October 18, 2024, at 1406 hours, FOSTER calls phone number 720-755-1753 (BANEGAS) and speaks with a male. During the call FOSTER advises the male she

2

has been arrested for federal charges. FOSTER tells the male to "Go empty the house, you know" and the male replies, "yeah." During the call FOSTER tells the male where he can find FOSTER's keys and also tells the male "And so just be safe, I need you to get over there."

- On October 18, 2024, at 1716 hours, FOSTER calls phone number 720-628-6086 and speaks with a female. FOSTER asked the female if "Auggie" has shown up and the female confirms that he did. FOSTER asked the female if he is still there, and she says that he has left.

- On October 18, 2024, at 1725 hours, FOSTER calls phone number 720-755-1753 (BANEGAS) and speaks with a male. FOSTER asked the male, "So you got everything, and went over there to see my girls?". Later in the conversation the male asked FOSTER, "Just let me know, um, um, where, where you want them to go, or whatever". FOSTER replies, "Keep them, keep them you know". The males then asked, "what?" and FOSTER replies, "Just keep them for now". The male says, "yea okay".

7.    Law enforcement conducted a search of the number 720-755-1753 through a law enforcement database and the number returned to BANEGAS.

8.    On October 18, 2024, agents of the Las Cruces/Doña Ana County Metro Narcotics Agency (Metro Narcotics) obtained state search warrants to search BANEGAS along with his residence located at a residence in Las Cruces, NM, and his storage unit located at I-25 Self Storage, 960 South Triviz, storage unit 555, Las Cruces. NM. These warrants were obtained relating to BANEGAS distributing fentanyl pills between May 30, 2024, and October 18, 2024.

9.    On October 18, 2024, at approximately 1830 hours, Metro Narcotics Agents

3

detained BANEGAS at the Circle K located at 855 South Walnut St, Las Cruces, NM 88001. Prior to detaining BANEGAS, Metro Narcotics Agents observed BANEGAS in the area of Taylor St and Lester Ave, Las Cruces, NM. BANEGAS was seen walking to a blue Ford Escape carrying a box. BANEGAS entered the vehicle and departed the area. Metro Narcotics Agents followed the vehicle, and the vehicle parked at the Circle K. The vehicle was occupied by a male driver, and BANEGAS was observed exiting the passenger side of the vehicle. BANEGAS was then detained without incident along with the driver.

10.     A Metro Narcotics Agent advised BANEGAS of his *Miranda* Rights and when asked if he understood those rights, BANEGAS nodded his head up and down indicating he understood his rights. A Metro Narcotics Agent asked BANEGAS what property in the vehicle belonged to him. BANEGAS stated that a box and backpack were his property. BANEGAS was transported to the Dona Ana Sheriff's Office and the male driver was released.

11.     Metro Narcotics Agents observed drug paraphernalia and what appeared to be fentanyl pills in the vehicle. A Metro Narcotics Agent contacted a New Mexico State District Court Judge granted an amendment to the search warrant to include the blue Ford Escape. The vehicle was then towed to the Doña Ana County Sheriff's Office.

12.     During the search of the blue Ford Escape law enforcement searched the trunk of the vehicle and located a backpack inside of a box that contained over 2,500 grams (approximately 25,000 pills) of suspected fentanyl, over 400 grams of a crystal-like substance consistent with methamphetamine, approximately 59 grams of suspected heroin, and approximately 30 grams of suspected cocaine.

13.     On October 18, 2024, at approximately 1905 hours, Metro Narcotics Agents executed a search warrant at FOSTER's and BANEGAS residence in Las Cruces, NM. During

4

the search of the residence Metro Narcotics Agents located a bedroom that contained identifying information for FOSTER. Inside the bedroom agents located approximately 43 grams (approximately 430 pills) of suspected Fentanyl inside a false container that looked like a Pringles chip container. Agents also located about 5 grams of a crystal-like substance consistent with methamphetamine inside of the bedroom.

14.    On October 18, 2024, around 1925 hours, Metro Narcotics Agents executed a search warrant on BANEGAS' storage unit located at I-25 Self Storage, 960 South Triviz, storage unit 555, Las Cruces. NM. During the search Metro Narcotics Agents located a lock box containing over 1,000 grams (approximately 10,000 pills) of suspected fentanyl. Agents located a Kimber, Model Custom II, 45 caliber pistol with serial number K810309 and a Davis Industries, Model D25, 25 caliber pistol with serial number 119867 inside a large speaker. Agents located a black container and inside located a short-barrel rifle that appeared to be a privately made firearm (PMF).

15.    A Metro Narcotics Agent and an FBI Special Agent conducted a post-*Miranda* interview with BANEGAS at the Doña Ana Sheriff Office. Prior to the interview, the Metro Narcotics Agent reconfirmed with BANEGAS that he understood his Miranda Rights and BANEGAS stated that he did.    BANEGAS stated he has been living with FOSTER for about 6 months. BANEGAS stated the box in the back of the vehicle (blue Ford Escape) with the backpacks were FOSTER'S. BANEGAS said one backpack contained papers and the other backpack contained drugs. BANEGAS stated that FOSTER had been arrested earlier in the day. BANEGAS stated that he had received a call from FOSTER, and that she asked him to move the narcotics from her residence. BANEGAS stated he planned on burning the drugs and was unaware that FOSTER trafficked narcotics.

5

16. BANEGAS was asked about the guns and narcotics located in his storage unit. BANEGAS stated that FOSTER had used his storage unit to store her drugs inside. BANEGAS said FOSTER kept her narcotics in a safe. BANEGAS was asked about the firearms in his storage unit. BANEGAS stated there were 3 or 4 guns in his storage. BANEGAS stated he purchased the firearms from a friend of FOSTERS. BANEGAS stated that he didn't know who the person was that sold the firearms, but FOSTER would get the firearms for him.

17. The pills that were seized by Metro Narcotics Agents were round and blue with "M" and "30" imprinted on the pills and were not consistent with pharmaceutical manufactured pills. Based on my training and experience these pills are counterfeit 30mg oxycodone pills known to contain fentanyl. I know based on my training and experience that the amount of suspected fentanyl pills seized are consistent with distribution.

18. These violations occurred in Las Cruces, County of Doña Ana, in the District of New Mexico.

6

## CONCLUSION

19.    Based upon the foregoing, I submit there is probable cause to believe that on October 18, 2024, within the District of New Mexico, FOSTER and BANEGAS knowingly possessed with intent to distribute fentanyl and methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C § 841(1).

Respectfully submitted,

*Neal Anglin*

Neal Anglin
Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Subscribed and sworn to ~~before me~~ by telephone KS on November 8, 2024.

The Honorable Kevin R. Sweazea
United States Magistrate Judge

7