IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 2 7 2025

MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES OF AMERICA,    )
        )
    Plaintiff,    )
        )    Case No. 24-MJ-1504 JHR
vs.    )    24-MJ-1632 JHR
        )
**SARAH FOSTER**,    )
        )
    Defendant.    )

## PROTECTIVE ORDER

THIS MATTER came before the Court on the United States= Unopposed Motion for Protective Order (Doc. 17 in 24-MJ-1504 and Doc. 27 in 24-MJ-1632; filed March 26, 2025). The Court having reviewed the motion, noting that it is unopposed, and being fully advised in the premises, finds the motion is well taken and shall be GRANTED.

IT IS THEREFORE ORDERED that defense counsel shall (1) restrict access to the disclosed items referenced in the United States' motion (hereinafter "materials") or its content to himself, his investigator, and an expert qualified to provide opinion testimony at trial based on this material; (2) review the materials and its content with the defendant only under circumstances where no other person will be able to view it and not provide the defendant with any copies of the materials to keep in his possession; and (3) refrain from reproducing or otherwise disclosing information revealed in the materials under any circumstances except as evidence during the trial of this matter without prior permission from the Court.

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE