## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                       **No. 2:24-mj-01632-JHR**

**SARAH FOSTER,**

    **Defendant.**

## NOTICE OF INTENTION TO ENTER GUILTY PLEA

**COMES NOW**, Defendant Sarah Foster, by and through Steven L. Almanza, her attorney

of record, hereby gives notice that she intends to enter a guilty plea in this case.

 

              **Respectfully submitted,**

              */s/ Steven L. Almanza*
              STEVEN L. ALMANZA
              PO Box 1660
              Las Cruces, NM 88004
              (575) 524-8312

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing pleading has been served on Assistant
U.S. Attorney Maria Armijo by electronic filing on the CM/ECF court system on the date of filing.
              By: */s/ Steven L. Almanza*
                 STEVEN L. ALMANZA

1